IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**KENNETH EUGENE FOX, SR.**                                                **PETITIONER**

**V.**                           **NO. 2:10CV152-P-A**

**DANNY SCOTT, et al.**                                        **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued this day:

1. this matter is DISMISSED without prejudice;

2. the motion to proceed IFP (docket entry 2) is DENIED; and

3. this matter is CLOSED.

IT IS SO ORDERED.

THIS the 1st day of October, 2010.

                                                     /s/ W. Allen Pepper, Jr.
                                                   W. ALLEN PEPPER, JR.
                                                   UNITED STATES DISTRICT JUDGE